

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Lauren Howland**<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-2016 |

November 21, 2025

<u>**VIA ECF**</u>
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



      *Re: Cuddy Law Firm P.L.L.C., v. N.Y.C. Dep't of Educ.,* 25-cv-8831 (KPF)(VF)

Dear Judge Failla:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

      I write respectfully on behalf of the parties to respectfully request that the Court stay the instant proceeding due to a pending lawsuit regarding charging liens from the Law Office of Adrienne Arkontaky (a former Cuddy Law Firm attorney) against the Cuddy Law Firm (Supreme Court of the State of New York, Cayuga County, Index No. E2024-0133) involving each of the underlying administrative proceedings contained in the Complaint (ECF No. 1). This is the first request to stay this action.

      Given the foregoing, I also write on behalf of the parties pursuant to the Court Order dated November 3, 2025 (ECF No. 5) to respectfully request the Court adjourn the initial pre-trial conference ("IPTC"), currently scheduled for February 3, 2026, until a date after the requested stay, if granted, has been lifted. This is the first request to adjourn the IPTC. The parties note that this is a fees-only claim, without the need for discovery, and liability is not at issue.

      Thank you for considering theses requests.

                                  Respectfully submitted,
                                  */s/ Lauren Howland*

                                  Lauren Howland, Esq.
                                    Special Assistant Corporation Counsel

cc:     Benjamin Kopp, Esq. (via ECF)

Application GRANTED.

This case is hereby STAYED pending resolution of the state-court case. The parties are instructed to submit a joint letter updating the Court on the status of that case on or before **January 16, 2026,** or within two weeks of any significant development in that case.

The initial pretrial conference is ADJOURNED *sine die*. The Court will reschedule the conference if necessary after the stay has been lifted.

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:    November 24, 2025          SO ORDERED.
          New York, New York

                                     *Katherine Polk Failla*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE